1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROBERT J. ARTUZ
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8                    IN THE UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,              CASE NO.  2:21-MJ-112-CKD
12                      Plaintiff,         STIPULATION FOR EXTENSION OF TIME FOR
                                           PRELIMINARY HEARING PURSUANT TO RULE
13              v.                         5.1(D) AND EXCLUSION OF TIME AND
                                           FINDINGS AND ORDER
14  QUAZEEM OWOLABI ADEYINKA,
    AYODEJI JONATHAN SANGODE, and          DATE: August 27, 2021
15  OLAMIDE YUSUF BAKARE,                  TIME: 2:00 p.m.
                                           COURT: Hon. Carolyn K. Delaney
16                      Defendants.
17
18         Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S.

19  Attorney ROBERT J. ARTUZ, and Defendants QUAZEEM OWOLABI ADEYINKA, AYODEJI

20  JONATHAN SANGODE, and OLAMIDE YUSUF BAKARE, both individually and by and through

21  their undersigned counsel of record (collectively, the "parties"), hereby stipulate as follows:

22         1.      The Complaint in this case was filed on July 12, 2021, charging defendants with one

23  count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. On July 29, 2021, Adeyinka

24  and Sangode made their initial appearances in this district.  Bakare first appeared before a judicial

25  officer of the District of Maryland on or about July 16, 2021, and was detained. He was ordered to make

26  his first appearance in this district as soon as he arrives after transport via the U.S. Marshals Service.

27  Pursuant to stipulations to exclude time under the Speedy Trial Act, the Court set a preliminary hearing

28  on August 27, 2021, for all three defendants.

1    By this stipulation, the parties jointly move to continue the preliminary hearing date to October

2  15, 2021 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of

3  Criminal Procedure. The parties stipulate that the delay is required and for the government's continued

4  collection and production of discovery and the defendants' continuing investigation of the case. For

5  example, the government has already produced over 2,500 pages of law enforcement reports, EDD

6  records, bank records, photographs, audio recordings, and criminal histories. The government also

7  anticipates producing multiple gigabytes of documents from multiple data extractions of the defendants'

8  electronic devices, which will be available to defense counsel for inspection. Defense counsel needs

9  time to review and consider all the evidence and to conduct further investigation. Additional time is also

10  needed to allow for Bakare's transport to this district and preparation for trial. The parties further agree

11  that the interests of justice served by granting this continuance outweigh the best interests of the public

12  and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

13  / / /

14  / / /

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION                          2

2.     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between August 27, 2021, and October 15, 2021 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated:  August 23, 2021                                    PHILLIP A. TALBERT
                                                           Acting United States Attorney


                                                           /s/ ROBERT J. ARTUZ
                                                           ROBERT J. ARTUZ
                                                           Special Assistant U.S. Attorney


Dated:  August 23, 2021                                    /s/ DOUGLAS BEEVERS
                                                           DOUGLAS BEEVERS
                                                           Assistant Federal Defender
                                                           Counsel for Defendant
                                                           QUAZEEM OWOLABI ADEYINKA


Dated:  August 23, 2021                                    /s/ WILLIAM F. PORTANOVA
                                                           WILLIAM F. PORTANOVA
                                                           Counsel for Defendant
                                                           AYODEJI JONATHAN SANGODE


Dated:  August 23, 2021                                    /s/ CANDICE FIELDS
                                                           CANDICE FIELDS
                                                           Counsel for Defendant
                                                           OLAMIDE YUSUF BAKARE

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>                    v.<br><br>QUAZEEM OWOLABI ADEYINKA,<br>AYODEJI JONATHAN SANGODE, and<br>OLAMIDE YUSUF BAKARE,<br><br>                            Defendants. | CASE NO.  2:21-MJ-112-CKD<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: August 27, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Carolyn K. Delaney |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on August 23, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

1    THEREFORE, FOR GOOD CAUSE SHOWN:

2        1.    The date of the preliminary hearing is extended to October 15, 2021 at 2:00 p.m.

3        2.    The time between August 27, 2021, and October 15, 2021 shall be excluded from

4    calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

5        3.    Defendants shall appear at that date and time before the Magistrate Judge on duty.

6

7    IT IS SO ORDERED.

8    Dated:  August 23, 2021

9    _____
     CAROLYN K. DELANEY
10   UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] FINDINGS AND ORDER                2