PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>QUAZEEM OWOLABI ADEYINKA,<br>AYODEJI JONATHAN SANGODE, and<br>OLAMIDE YUSUF BAKARE,<br><br>            Defendants. | CASE NO. 2:21-MJ-112-CKD<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [PROPOSED] FINDINGS AND ORDER<br><br>DATE: October 15, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendants QUAZEEM OWOLABI ADEYINKA, AYODEJI JONATHAN SANGODE, and OLAMIDE YUSUF BAKARE, both individually and by and through their undersigned counsel of record (collectively, the "parties"), hereby stipulate as follows:

1. The Complaint in this case was filed on July 12, 2021, charging defendants with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. On July 29, 2021, Adeyinka and Sangode made their initial appearances in this district. Bakare first appeared before a judicial officer of the District of Maryland on or about July 16, 2021, and was detained. Bakare later made his first appearance in this district on September 20, 2021, and his detention order remains in place. Pursuant to stipulations to exclude time under the Speedy Trial Act, the Court set a preliminary hearing on August 27, 2021, for all three defendants. By stipulation and order that preliminary hearing was

1  continued to October 15, 2021.

2      By this stipulation, the parties jointly move to continue the preliminary hearing date to December
3  9, 2021 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of
4  Criminal Procedure. The parties stipulate that the delay is required and for the government's continued
5  collection and production of discovery and the defendants' continuing investigation of the case. For
6  example, the government has already produced over 2,900 pages of law enforcement reports, EDD
7  records, bank records, photographs, audio recordings, and criminal histories.  In the next 30 days, the
8  government also anticipates producing multiple gigabytes of documents from multiple data extractions
9  of the defendants' electronic devices, which will be available to defense counsel for inspection.  Given
10 the volume of this discovery, including more than 10 electronic devices, the forensic processing is
11 taking longer than expected.  Defense counsel needs time to review and consider all the evidence,
12 consult with their clients, and conduct further investigation before any preliminary hearing.  The parties
13 further agree that the interests of justice served by granting this continuance outweigh the best interests
14 of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

2. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between October 15, 2021, and December 9, 2021 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: October 11, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROBERT J. ARTUZ
ROBERT J. ARTUZ
Special Assistant U.S. Attorney

Dated: October 11, 2021

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Counsel for Defendant
QUAZEEM OWOLABI ADEYINKA

Dated: October 11, 2021

/s/ WILLIAM F. PORTANOVA
WILLIAM F. PORTANOVA
Counsel for Defendant
AYODEJI JONATHAN SANGODE

Dated: October 11, 2021

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
OLAMIDE YUSUF BAKARE

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUAZEEM OWOLABI ADEYINKA, AYODEJI JONATHAN SANGODE, and OLAMIDE YUSUF BAKARE,<br><br>Defendants. | CASE NO. 2:21-MJ-112-CKD<br><br>[PROPOSED] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: October 15, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Jeremy D. Peterson |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on October 11, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

///

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 9, 2021 at 2:00 p.m.

2. The time between October 15, 2021, and December 9, 2021 shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   October 12, 2021

THE HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE