PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>QUAZEEM OWOLABI ADEYINKA,<br>AYODEJI JONATHAN SANGODE, and<br>OLAMIDE YUSUF BAKARE,<br><br>                              Defendants. | CASE NO.  2:21-MJ-112-CKD<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(D) AND EXCLUSION OF TIME AND [PROPOSED] ORDER<br><br>DATE: December 9, 2021<br>TIME: 2:00 p.m.<br>COURT: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Special Assistant U.S. Attorney ROBERT J. ARTUZ, and Defendants QUAZEEM OWOLABI ADEYINKA, AYODEJI JONATHAN SANGODE, and OLAMIDE YUSUF BAKARE, both individually and by and through their undersigned counsel of record (collectively, the "parties"), hereby stipulate as follows:

1.       The Complaint in this case was filed on July 12, 2021, charging defendants with one count of conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349. On July 29, 2021, Adeyinka and Sangode made their initial appearances in this district and were released on bond.  Bakare first appeared before a judicial officer of the District of Maryland on or about July 16, 2021, and was detained.  Bakare later made his first appearance in this district on September 20, 2021, and his detention order remains in place.  Pursuant to stipulations to exclude time under the Speedy Trial Act, the Court continued the preliminary hearing twice to December 9, 2021, for all three defendants.

2.      The parties anticipate that an Information will be filed this week and are discussing the terms of waivers of Indictment.  By this stipulation, the parties jointly move to continue the preliminary hearing date to December 16, 2021 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required and for the government's continued collection and production of discovery and the defendants' continuing investigation of the case. For example, the government has already produced over 2,900 pages of law enforcement reports, EDD records, bank records, photographs, audio recordings, and criminal histories. The government also has new discovery that is available to defense counsel for inspection, including multiple gigabytes of documents from multiple data extractions of the defendants' electronic devices, which are available for inspection pending the government's processing and production of the same for the parties' convenience.  Defense counsel needs time to review and consider all the evidence, consult with their clients, and conduct further investigation before any preliminary hearing or waiver of indictment.  The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3.      The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between December 9, 2021, and December 16, 2021 be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.


Dated:  December 2, 2021                         PHILLIP A. TALBERT
                                                 Acting United States Attorney


                                                 /s/ ROBERT J. ARTUZ
                                                 ROBERT J. ARTUZ
                                                 Special Assistant U.S. Attorney


Dated:  December 2, 2021                         /s/ DOUGLAS BEEVERS
                                                 DOUGLAS BEEVERS
                                                 Assistant Federal Defender
                                                 Counsel for Defendant
                                                 QUAZEEM OWOLABI ADEYINKA


Dated:  December 2, 2021                         /s/ WILLIAM F. PORTANOVA
                                                 WILLIAM F. PORTANOVA
                                                 Counsel for Defendant
                                                 AYODEJI JONATHAN SANGODE


Dated:  December 2, 2021                         /s/ CANDICE FIELDS
                                                 CANDICE FIELDS
                                                 Counsel for Defendant
                                                 OLAMIDE YUSUF BAKARE

PHILLIP A. TALBERT
Acting United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:21-MJ-112-CKD |
| Plaintiff, | ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME |
| v. | |
| QUAZEEM OWOLABI ADEYINKA, AYODEJI JONATHAN SANGODE, and OLAMIDE YUSUF BAKARE, | DATE: December 9, 2021 TIME: 2:00 p.m. COURT: Hon. Deborah Barnes |
| Defendants. | |

The Court has read and considered the Stipulation for Extension of Time for Preliminary  Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on December 2, 2021. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary  hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal  Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

/ / /

THEREFORE, FOR GOOD CAUSE SHOWN:

1.     The date of the preliminary hearing is extended to December 16, 2021 at 2:00 p.m.

2.     The time between December 9, 2021, and December 16, 2021 shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.     Defendants shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.

Dated: December 2, 2021

_____

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE