1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   DOUGLAS J. BEEVERS, # 288639
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax: 916-498-5710

5   Attorney for Defendant
    QUAZEEM OWOLABI ADEYINKA
6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,        )   Case No.   2:21-cr-00237-KJM-1
                                      )
10            Plaintiff,              )   **STIPULATION AND [PROPOSED] ORDER**
                                      )   **AMENDING CONDITIONS OF RELEASE**
11  vs.                               )
                                      )
12  QUAZEEM OWOLABI ADEYINKA,         )
                                      )
13            Defendant.              )
                                      )
14  _____ )

15        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States

16  Attorney, through Robert Artuz, Assistant United States Attorney, attorney for Plaintiff, and

17  Heather Williams, Federal Defender, through Assistant Federal Defender Douglas Beevers,

18  attorney for defendant Quazeem Owolabi Adeyinka, that the conditions of release be modified as

19  follows: Mr. Adeyinka's Special Conditions of Release **#14**, You must participate in the following

20  location monitoring program component and abide by all the requirements of the program, which

21  will include having a location monitoring unit installed in your residence and a radio frequency

22

23  transmitter device attached to your person. You must comply with all instructions for the use and

24  operation of said devices as given to you by the Pretrial Services Agency and employees of the

25  monitoring company.  You must pay all or part of the costs of the program based upon your ability

26  to pay, as determined by the pretrial services officer; and

27

28

    Stipulation and proposed order amending
     conditions of release

**#15**.CURFEW: You must remain inside your residence every day from 10:00PM to 8:00AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations **be removed from the conditions**.

All other conditions are to remain as previously ordered.

Mr. Adeyinka has been compliant with all of his Pretrial Services Conditions. Pretrial Service Officer Renee Basurto and Assistant United States Attorney Robert Artuz concur with the conditions listed above.  All other conditions are to remain as ordered.


Dated: December 21, 2021                          Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  */s/ Douglas Beevers*
                                                  DOUGLAS BEEVERS
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  QUAZEEM OWOLABI ADEYINKA



Dated: December 21, 2021                          PHILLIP A. TALBERT
                                                  Acting United States Attorney

                                                  */s/ Robert Artuz*
                                                  ROBERT ARTUZ
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

Stipulation and proposed order amending
conditions of release

1

**ORDER**

2

3        IT IS HEREBY ORDERED that Mr. QUAZEEM OWOLABI ADEYINKA's

4   confinement and curfew conditions are modified as listed above.  All other conditions of release

5   are to remain as previously ordered.

6   DATED: December 22, 2021

_____

HON.

United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and proposed order amending
conditions of release