```
HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
QUAZEEM OWOLABI ADEYINKA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> QUAZEEM OWOLABI ADEYINKA ) <br> ) <br> ) <br> Defendant. ) | Case No. 2:21-cr-00237-KJM-1 <br><br> STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE <br><br><br> Judge: Kimberly J. Mueller |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney Robert Artuz, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Quazeem Owolabi Adeyinka, that the address of the residence Mr. Adeyinka resides in for his pretrial release shall be changed to ▮▮▮▮▮▮▮▮▮▮ Silver Spring, MD ▮▮▮▮. Pretrial services does not object to the change in address and has approved of the residence.

Respectfully submitted,

Dated: August 5, 2022

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS

-1-

|  |  |
|---|---|
| 1 | Assistant Federal Defender |
| 2 | Attorney for Defendant |
|  | QUAZEEM OWOLABI ADEYINKA |

Dated:  August 5, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Robert Artuz*
ROBERT ARTUZ
Assistant U.S. Attorney
Attorney for Plaintiff

-2-

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The court orders the pretrial release conditions be changed to reflect the new address.

Dated: August 5, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE