PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUAZEEM OWOLABI ADEYINKA, and AYODEJI JONATHAN SANGODE,<br><br>Defendants. | CASE NO. 2:21-CR-0237 DAD<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 18, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

## STIPULATION

1.  By previous order, this matter was set for status on October 18, 2022, with the Honorable Dale A. Drozd.

2.  By this stipulation, Defendants Quazeem Owolabi Adeyinka and Ayodeji Jonathan Sangode now move to set this matter for a change of plea hearing on October 25, 2022. Both defendants also move to exclude time between October 18, 2022, and October 25, 2022, under Local Code T4. Under a separately filed stipulation, Adeyinka and Sangode have also requested to appear for their respective changes of plea hearings via videoconference. ECF 83.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes over 36,700 items and pages of law enforcement reports, EDD records, bank records,

witness statements, photographs, audio recordings, search warrant items, fraud loss reports, images of debit cards, ATM footage, cellular phone extractions, and criminal histories. The discovery also includes Cellebrite reports for the cellular phones of all three defendants. Since the last continuance, the government has also produced additional discovery including investigative reports and spreadsheets summarizing hundreds of fraudulent debit card transactions and loss amount summaries. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)   Counsel for defendants desire additional time to consult with his/her client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with his/her client, and to otherwise prepare for trial. Much of these efforts have been difficult and delayed given the COVID-19 pandemic across the country and the distance between all three defendants and their counsel. For example, all three defendants now reside in or near Maryland, whereas their counsel reside in the Eastern District of California.

c)   Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2022 to October 25, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the

Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 17, 2022         PHILLIP A. TALBERT
                                 United States Attorney

                                 /s/ ROBERT J. ARTUZ
                                 ROBERT J. ARTUZ
                                 Assistant United States Attorney

Dated:  October 17, 2022         /s/ DOUGLAS BEEVERS
                                 Douglas Beevers
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 QUAZEEM OWOLABI ADEYINKA

Dated:  October 17, 2022         /s/ WILLIAM PORTANOVA
                                 William F. Portanova
                                 Counsel for Defendant
                                 AYODEJI JONATHAN SANGODE

**ORDER**

IT IS SO ORDERED.

Dated:  **October 18, 2022**     _____
                                 UNITED STATES DISTRICT JUDGE