PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-0237 DAD |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| QUAZEEM OWOLABI ADEYINKA, | DATE: November 1, 2022 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the above-captioned defendant, by and through his respective counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for a change of plea November 1, 2022, with the Honorable Dale A. Drozd. At this time, the defendant does not intend to change his plea and is now seeking to set this matter for status so his counsel can continue to investigate and advise him as set forth below.

2.   By this stipulation, Defendant Quazeem Owolabi Adeyinka now moves to vacate the change of plea hearing and set a status conference on November 29, 2022, which will coincide with the status conference set for co-defendant Olamide Yusuf Bakare. The defendant and the government (the "parties") also jointly move to exclude time between November 1, 2022, and November 29, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 36,700 items and pages of law enforcement reports, EDD records, bank records, witness statements, photographs, audio recordings, search warrant items, fraud loss reports, images of debit cards, ATM footage, cellular phone extractions, and criminal histories. The discovery also includes Cellebrite reports for the cellular phones of all three defendants. This month, the government also produced additional discovery including investigative reports and spreadsheets summarizing hundreds of fraudulent debit card transactions and loss amount summaries relating the defendants' alleged crimes. All this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review discovery for this matter, to discuss potential resolutions with her client, and to otherwise prepare for trial. Much of these efforts have been difficult and delayed given the COVID-19 pandemic across the country and the distance between all three defendants and their counsel. For example, Adeyinka resides in or near Maryland, whereas his counsel resides in the Eastern District of California.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 1, 2022 to November 29, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on

the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 28, 2022					PHILLIP A. TALBERT
							United States Attorney


							/s/ ROBERT J. ARTUZ
							ROBERT J. ARTUZ
							Assistant United States Attorney


Dated:  October 28, 2022					/s/ DOUGLAS BEEVERS
							DOUGLAS BEEVERS
							Assistant Federal Defender
							Counsel for Defendant
							QUAZEEM OWOLABI ADEYINKA

**ORDER**

Pursuant to the stipulation of the parties, the change of plea hearing previously scheduled as to defendant Quazeem Owolabi Adeyinka is vacated and a status conference in his case is now set for November 29, 2022, at 9:30 a.m., which will coincide with the status conference set for co-defendant Olamide Yusuf Bakare.  Time is now excluded between November 1, 2022, and November 29, 2022, under Local Code T4.

IT IS SO ORDERED.

Dated:  **October 28, 2022**				_____
							UNITED STATES DISTRICT JUDGE