PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>QUAZEEM OWOLABI ADEYINKA,<br><br>                              Defendant. | CASE NO.  2:21-CR-0237 DAD<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: April 18, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

        Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

        1.        Sentencing is currently set for April 18, 2023.  ECF 126.

        2.        For various reasons, including the United States' attempt to contact all victims in the matter pursuant to the Crime Victim Rights Act, the parties respectfully request that the judgment and sentencing in this matter be continued to June 27, 2023.

        3.        The parties propose the following PSR deadlines:

1     Judgment and Sentencing Date:                                  June 27, 2023

2     Reply, or Statement of Non-Opposition:                      June 20, 2023

3

4     Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:     June 13, 2023

5

6     The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:     June 6, 2023

7

8     Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:     May 30, 2023

9     The draft Presentence Report shall be disclosed to counsel no later than:     May 23, 2023

10

11        IT IS SO STIPULATED.

12

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING

Dated:  April 4, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DENISE N. YASINOW
DENISE N. YASINOW
Assistant U.S. Attorney

Dated:  April 4, 2023

/s/ DOUGLAS BEEVERS
DOUGLAS BEEVERS
Assistant Federal Defender
Counsel for Defendant
QUAZEEM OWOLABI ADEYINKA

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

<u>**ORDER**</u>

2

      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3

stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5

      IT IS SO ORDERED.

6

Dated:   **April 5, 2023**              _Dale A. Drozd_

                                        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28