HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
QUAZEEM OWOLABI ADEYINKA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00237-DAD-1 |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) ) | Date: June 27th, 2023 |
| QUAZEEM OWOLABI ADEYINKA, | ) ) | Time: 9:30 a.m. Judge: Dale A. Drozd |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A, Talbert, United States Attorney, through Assistant United States Attorney Denise Yasinow, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Douglas Beevers, attorney for Quazeem Owolabi Adeyinka, that the sentencing hearing, currently scheduled for June 27, 2023, be continued to August 15, 2023 at 9:30 a.m.

Defense counsel requests additional time to prepare and investigate avenues for mitigation and to arrange air travel.

Defense counsel believes that a continuance of the sentencing hearing to August 15, 2023, would provide sufficient time for defense counsel to effectively prepare for the sentencing hearing. The government does not object to this continuance. Since Mr. Adeyinka has pleaded guilty to the charged offense, the Speedy Trial Act and time exclusion is not a concern.

Respectfully submitted,

Dated:  June 23, 2023

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
QUAZEEM OWOLABI ADEYINKA

Dated:  June 23, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ *Denise Yasinow*
DENISE YASINOW
Assistant U.S. Attorney
Attorney for Plaintiff

### ORDER

In light of the stipulation of the parties, **IT IS HEREBY ORDERED,** that the sentencing hearing as to this defendant previously set for June 27, 2023, is CONTINUED to **August 15, 2023, at 9:30 a.m.**

IT IS SO ORDERED.

Dated:  **June 26, 2023**

UNITED STATES DISTRICT JUDGE

-2-