PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUAZEEM OWOLABI ADEYINKA,<br><br>Defendant. | CASE NO. 2:21-CR-0237 DAD-1<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: August 15, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for August 15, 2023. ECF 154.

2. In light of a scheduling conflict for the government's attorney, and no objection by defense counsel, the parties respectfully request that the judgment and sentencing in this matter be continued by one week to August 22, 2023.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING

1

1
2  Dated: July 10, 2023                                    PHILLIP A. TALBERT
                                                           United States Attorney
3
4                                                          /s/ DENISE N. YASINOW
                                                           DENISE N. YASINOW
5                                                          Assistant U.S. Attorney
6
7  Dated: July 10, 2023                                    /s/ DOUGLAS BEEVERS
                                                           DOUGLAS BEEVERS
8                                                          Assistant Federal Defender
                                                           Counsel for Defendant
9                                                          QUAZEEM OWOLABI ADEYINKA
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Judgment and sentencing is reset to August 22, 2023 at 9:30 am.

IT IS SO ORDERED.

Dated:   **July 11, 2023**

_____
UNITED STATES DISTRICT JUDGE