WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
AYODEJI JONATHAN SANGODE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>AYODEJI JONATHAN SANGODE  )<br>QUAZEEM ADEYINKA,  )<br>  )<br>            Defendants.  )<br>_____) | Case No. 2:21-cr-00237-DAD<br><br>STIPULATION AND<br>ORDER TO CONTINUE<br>JUDGMENT AND SENTENCING |

    Defendants Ayodeji Sangode and Quazeem Adeyinka, by and through their respective counsel of record, and plaintiff United States of America, by and through plaintiff's counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for August 22, 2023.

2. In light of the continued difficulties in arranging transport for the defendants from Maryland, the parties respectfully request that the Judgment and Sentencing in this matter be continued to October 3, 2023 at 9:30am.  This continuance is necessary to

//

1

**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**

afford defendants time to move the court for an order directing the United States to arrange for or provide funds for travel and subsistence for a Sentencing Hearing on that date.

**IT IS SO STIPULATED.**

DATED:  August 14, 2023

/s/ William F. Portanova
_____
WILLIAM F. PORTANOVA
Counsel for Defendant
AYODEJI SANGODE

DATED:  August 14, 2023

/s/ Douglas Beevers
_____
DOUGLAS BEEVERS
Counsel for Defendant
QUAZEEM ADEYINKA

DATED:  August 14, 2023

/s/ Denise Yasinow
_____
DENISE YASINOW
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  **August 14, 2023**

_____
UNITED STATES DISTRICT JUDGE