UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>QUAZEEM OWOLABI ADEYINKA,<br><br>Defendant. | No.  2:21-cr-00237-DAD-1<br><br><br><br>ORDER |

Defendant's amended motion for transportation, ECF No. 185, is GRANTED IN PART AND DENIED IN PART.  The motion is denied to the extent that it seeks funds from Pretrial Services, id. at 2, and insofar as it seeks an order that the U.S. Marshal disburse CJA funds, id. at 4.  The motion is granted to the extent that it seeks the provision of funds for travel, lodging and subsistence from Monday October 2, 2023, through Tuesday, October 3, 2023.

IT IS HEREBY ORDERED AS FOLLOWS:

Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Quazeem Owolabi Adeyinka with the cost of travel from Laurel, Maryland to Sacramento, California, so that he may attend the sentencing scheduled for October 3, 2023, at 9:30 a.m. Additionally, the United States Marshal shall provide Mr. Adeyinka with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. § 5702(a).

1

Pursuant to 18 U.S.C. § 3006A, the Court orders the Federal Defender's Office to disburse Criminal Justice Act (CJA) funds to furnish Mr. Adeyinka with the cost of lodging, food, and incidental expenses while he is in Sacramento, commencing October 2, 2023, through the conclusion of the sentencing hearing.  It is further ordered that CJA funds shall be disbursed by the Federal Defender's office for travel and subsistence to enable Mr. Adeyinka to return to his home in Laurel, Maryland, when the hearing is completed.  It is further ordered that to the extent practicable, the travel and subsistence expenses shall not exceed the parameters set out in the attached Travel Funding Memorandum and the per diem allowance for travel under 5 U.S.C. § 5702(a).

IT IS SO ORDERED.

Date: 09/19/2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE