WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
AYODEJI JONATHAN SANGODE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cr-00237-DAD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | CONTINUE JUDGMENT AND |
| v. | ) | SENTENCING |
| | ) | |
| AYODEJI JONATHAN SANGODE | ) | |
| QUAZEEM ADEYINKA, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants Ayodeji Sangode and Quazeem Adeyinka, by and through their respective counsel of record, and plaintiff United States of America, by and through plaintiff's counsel of record, hereby stipulate as follows:

1. Sentencing is currently set for October 3, 2023.

2. Previously, both defendants moved for and were granted orders directing the United States Marshal's Service to provide for defendants' transport to the October 3 hearing. However, unexpected difficulties prevented the Marshal's Service from being able to make sure arrangements in time for defendants to appear on that date.

1

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING**

In light of the continued difficulties in arranging transport for the defendants from Maryland, the parties respectfully request that the Judgment and Sentencing in this matter be continued to October 10, 2023, at 9:30am. This continuance is necessary to afford the United States Marshal's Service to arrange for defendants' travel on that date.

**IT IS SO STIPULATED.**

DATED:  October 2, 2023

*/s/ William F. Portanova*
_____
WILLIAM F. PORTANOVA
Counsel for Defendant
AYODEJI SANGODE

DATED:  October 2, 2023

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Counsel for Defendant
QUAZEEM ADEYINKA

DATED:  October 2, 2023

*/s/ Denise Yasinow*
_____
DENISE YASINOW
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  **October 2, 2023**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCING**