1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
        UNITED STATES OF AMERICA,        )  Case No.  2:21-cr-00237-DAD-1
12                                        )
                   Plaintiff,             )  **TRANSPORTION ORDER**
13                                        )
                      vs.                 )
14                                        )
        QUAZEEM OWOLABI                   )
15          ADEYINKA,                     )  Judge: Hon. Carolyn K. Delaney
                                          )
16                 Defendant.             )
        _____

17

18

19                               <u>**ORDER**</u>

20

21          Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish

22  Quazeem Adeyinka with the cost of travel from Laurel, Maryland to Sacramento, California, so

23  that he may attend court in Sacramento on October 10, 2023, at 9:30 a.m.  Additionally, the

24  United States Marshal shall provide Mr. Adeyinka with subsistence expenses for this travel

25  period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §

26  5702(a).

27

28          Pursuant to 18 U.S.C. § 3006A, the Court orders the Federal Defender's Office to

1   disburse Criminal Justice Act (CJA) funds to furnish Quazeem Adeyinka with the cost of

2   lodging, food, and incidental expenses (including ground transportation from the airport to hotel,

3   from hotel to Court if needed, and from Court to the airport) while he is in Sacramento,

4   California between October 9-10, 2023, in connection with his court appearance on October 10,

5   2023, at 9:30 a.m.

6

7        It is further ordered that CJA funds shall be disbursed by the Federal Defender's Office

8   for travel and subsistence to enable Mr. Adeyinka to return to his home in Laurel, Maryland

9   when that court proceeding is completed (including airfare and ground transport from airport to

10  court-ordered residence).  It is further ordered that, to the extent practicable, the travel and

11  subsistence expenses shall not exceed the parameters set out in the attached Travel Funding

12  Memorandum and the per diem allowance for travel under 5 U.S.C. § 5702(a).

13

14       It is further ordered that counsel of record for Mr. Adeyinka, Douglas Beevers, may

15  advance the travel and subsistence funds to be disbursed from CJA funds and that the Federal

16  Defender is ordered to reimburse counsel. Counsel shall seek any reimbursement from CJA

17  funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the

18  expenses to the parameters set out in the attached Travel Funding Memorandum, however

19  counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for

20  all expenses reasonably authorized.

21

22

23       IT IS SO ORDERED.

24  Dated:  October 5, 2023

25  _____
    CAROLYN K. DELANEY
26  UNITED STATES MAGISTRATE JUDGE

27

28