HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
QUAZEEM OWOLABI ADEYINKA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> QUAZEEM OWOLABI ADEYINKA, <br><br> Defendant. | Case No. 2:21-cr-00237-DAD-1 <br><br> **AMENDED ORDER EXTENDING DEADLINE FOR SELF-SURRENDER** <br><br> Judge:  Hon. Dale A. Drozd |

The Court having received the Defendant's motion to extend self-surrender and there being no objection from the United States, the Court finds that the Defendant has shown that he is financially unable to self-surrender at Oakdale FCI or the US Marshals in Sacramento. The Court further finds that the Defendant will be able to self-surrender if given an additional two weeks to arrange transportation.

IT IS HEREBY ORDERED, for the reasons stated by the Defendant in the motion filed at ECF 202, that the Defendant's self-surrender date is extended from January 9, 2024, to January 23, 2024. The Defendant is ordered to surrender to the facility designated by the Bureau of Prisons on January 23, 2024, before 12:00 p.m.

IT IS SO ORDERED.

Dated:  **December 27, 2023**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[Proposed] Order Extending Deadline For Self-Surrender

-1-